## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: ASCALADE TECHNOLOGIES, INC. | ) | Case No. 08-10612 & 08-10616 |
| | ) | Jointly Administered |
| | ) | |
| | ) | Hon. Susan Pierson Sonderby |
| Debtor in a Foreign Proceeding. | ) | |
| | ) | Chapter 15 |

### ORDER CLOSING CASES PURSUANT TO § 350(a)
### of the United States Bankruptcy Code

This cause coming to be heard on the Foreign Representatives' Motion for an Order, Closing these Jointly Administered Case Pursuant § 350(a) of the United States Bankruptcy Code (the "*Motion*"), it appearing that due notice has been given, no further notice is required for this Motion and the requirements of the Code are met:

IT IS HEREBY ORDERED:

1. Case No. 08-10612 is closed pursuant to § 350(a) of the Code; and

2. Case No. 08-10616 is closed pursuant to § 350(a) of the Code

3. ~~The Clerk shall make an appropriate docket entry in each case substantially as follows: An Order has been entered in this case closing the case under § 350(a) of the United States Bankruptcy Code, pending further order of the Court under § 350(b) of the Code. Prior status date of March 2, 2010 at 10:30 a.m. is stricken.~~

4. ~~This Order is effective and enforceable immediately upon entry, notwithstanding the possible applicability of any other Bankruptcy Rule, including Rules 6004(g), 7062 and 9014.~~

SO ORDERED

Entered:

_____
Hon. Susan Pierson Sonderby, Judge Presiding

2 4 FEB 2010